# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 2:17-cv-02177-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| FOUR SEASONS RESTAURANT, *et al.* | |
| Defendants. | |

In accordance with the parties' stipulation, and good cause appearing, this matter is hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2), each side is to bear its own costs and attorneys' fees. The Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement should such enforcement be necessary. The matter having now been concluded in its entirety, the Clerk of court is directed to close the file.

IT IS SO ORDERED.

Dated: March 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE